

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEBORAH LEE WHEELER,<br>    Plaintiff, | Civil Action No. 7:06-cv-00674 |
| v. | **FINAL ORDER** |
| JOEL JACKSON, et. al.,<br>    Defendant(s). | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 16th day of November, 2006.

                                      */s/ James C. Turk*
                                Senior United States District Judge